OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 
 *966
 
 On the previous appeal to this court, we remitted the case to the Appellate Division for a factual determination of the market value of petitioner’s buildings.
 
 (Matter of Metropolitan Life Ins. Co. v Tax Comm. of City of N. Y., 53
 
 NY2d 1050.) At that time, we noted that the question of market value and the subsidiary question of whether capitalization of net income should be determined on a single or multiple tenant basis were questions of fact.
 
 (Matter of Grant v Srogi, 52
 
 NY2d 496.)
 

 The Appellate Division’s decision now before this court reaches a different conclusion from that reached by Supreme Court. We are thus presented with the question of which factual determination more nearly comports with the weight of the credible evidence. On the record before this court, we conclude that the weight of the evidence supports the determination of the Appellate Division.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed, with costs, in a memorandum.